1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant
6  RAMIRO MADRIZ-HERNANDEZ

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11                                      )
    UNITED STATES OF AMERICA,            )   No. CR 12-00762-DLJ
12                                       )
              Plaintiff,                 )   STIPULATION TO CONTINUE STATUS
13                                       )   CONFERENCE; [] ORDER
    vs.                                  )
14                                       )
    RAMIRO MADRIZ-HERNANDEZ ,            )
15                                       )
              Defendant.                 )
16  _____

17       Plaintiff United States of America, by and through Special Assistant United States

18  Attorney Meredith Edwards, and Defendant RAMIRO MADRIZ-HERNANDEZ ("Mr.

19  Madriz"), by and through his attorney of record, Assistant Federal Public Defender Robert

20  Carlin, hereby stipulate that the status conference in this case should be continued from February

21  2: to March 28, 2013, at 9:00 a.m.

22       1. Mr. Madriz has been charged in the above captioned case in a single count indictment

23  with a violation of 8 U.S.C. §§ 1326 (a) and (b).

24       2. A status conference before this Honorable Court has been scheduled for February 2: ,

25  2013, at 9:00 a.m.

26       3. The United States has indicated that it will be charging Mr. Madriz with possession of

                                         1

1  controlled substances with the intent to distribute, in violation of 21 U.S.C. § 841 (a)(1).

2      4. The government has provided discovery on the anticipated drug charges, and Mr.
3  Madriz needs additional time to review and discuss that discovery with counsel, and to explore
4  the possibilities of a consolidated disposition in the event that a pretrial resolution appears to be
5  an appropriate course.

6      5. Therefore, Mr. Madriz respectfully requests that the status hearing be continued as
7  requested, and agrees to the exclusion of time from February 21 to March 28, 2013, pursuant to
8  18 U.S.C. § 3161 (h)(7)(A).

9      5. Accordingly, the parties request that the status hearing be continued from February 2:
10 to March 28, 2013, at 9:00 a.m.

12     IT IS SO STIPULATED.

13                                          Respectfully submitted,

14                                          STEVEN G. KALAR
                                         Federal Public Defender

16                                             /S/
                                         _____
17 Dated: February 19, 2013         ROBERT M. CARLIN
                                         Assistant Federal Public Defender

19                                          UNITED STATES ATTORNEY

                                            /S/
21 Dated: February 19, 2013         _____
                                         MEREDITH EDWARDS
22                                          Special Assistant United States Attorney

STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
RAMIRO MADRIZ-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR  12-00762-DLJ |
| Plaintiff, | [] ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE |
| vs. | |
| RAMIRO MADRIZ-HERNANDEZ, | |
| Defendant. | |

   1. Mr. Madriz has been charged in the above captioned case in a single count indictment with a violation of 8 U.S.C. §§ 1326 (a) and (b).

   2. A status conference before this Court has been scheduled for February 2: , 2013, at 9:00 a.m.

   3. The United States has indicated that it will be charging Mr. Madriz with possession of controlled substances with the intent to distribute, in violation of 21 U.S.C. § 841 (a)(1).

   4. The government has provided discovery on the anticipated drug charges, and Mr. Madriz needs additional time to review and discuss that discovery with counsel, and to explore the possibilities of a consolidated disposition in the event that a pretrial resolution appears to be an appropriate course.

3

1      5. The parties request that the status hearing be continued from February 21 to March 28,
2  2013, at 9:00 a.m.
3      6. There is good cause for the requested continuance, and the "ends of justice" served by
4  taking such action "outweigh the best interest of the public and the defendant in a speedy trial."
5  18 U.S.C. § 3161 (h)(7)(A). Accordingly, the time from February 2: to March 28, 2013, is
6  excluded pursuant to section § 3161 (h)(7)(A).
7      5. The status hearing in this matter shall be continued from February 2: to March 28,
8  2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: _____   _____

                                              HON. D. LOWELL JENSEN
                                              United States District Judge