1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  MEREDITH J. EDWARDS (CABN 279301)
   Special Assistant United States Attorney
5
      150 Almaden Boulevard
6     San Jose, California 95113
      Telephone: (408) 535-5589
7     Facsimile:  (408) 535-5066
      Email: meredith.edwards@usdoj.gov
8
   Attorneys for the United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13

14 UNITED STATES OF AMERICA,            )   No. CR 12-00762 DLJ
                                         )
15     Plaintiff,                        )   STIPULATION AN D [**PROPOSED**]
                                         )   ORDER RESCHEDULING HEARING
16     v.                                )   DATE AND EXCLUDING TIME UNDER
                                         )   THE SPEEDY TRIAL ACT
17 RAMIRO MADRIZ-HERNANDEZ,              )
                                         )
18     Defendant.                        )
                                         )
19 _____)

20

21                              **STIPULATION**

22     The United States, by and through Special Assistant United States Attorney Meredith J.

23 Edwards, and defendant Ramiro Madriz-Hernandez, by and through Assistant Federal Public

24 Defender Robert M. Carlin, hereby stipulate that, with the Court's approval, the status hearing

25 currently set for Thursday, May 16, 2013, at 9:00 a.m., be vacated and rescheduled for a change

26 of plea hearing on Thursday, May 30, 2013, at 9:00 a.m.

27     Government counsel will be in trial on Thursday, May 16, 2013, and therefore is unable

28 to make an appearance as currently calendared.  Accordingly, the government respectfully

                                      1

1 | request that the time between Thursday, May 16, 2013 and Thursday, May 30, 2013 be excluded
2 | under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for continuity of government
3 | counsel.  Defense counsel has no objection to the continuance.

6 | Dated: May 13, 2013

/s/
MEREDITH J. EDWARDS
Special Assistant United States Attorney

9 | Dated: May 13, 2013

/s/
ROBERT M. CARLIN
Assistant Federal Public Defender

1 **[PROPOSED] ORDER**

2       Pursuant to the agreement and stipulation of the parties, the hereby orders that the status
3 hearing in this case, previously scheduled for Thursday, May 16, 2013, at 9:00 a.m., be vacated
4 and rescheduled for a change of plea hearing on Thursday, May 30, 2013, at 9:00 a.m.  The Court
5 further orders that the time between Thursday, May 16, 2013 and Thursday, May 30, 2013 is
6 excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds, pursuant to 18 U.S.C.
7 §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested continuance would
8 unreasonably deny the government continuity of counsel.  Furthermore, the Court finds that the
9 ends of justice served by granting the requested continuance outweigh the best interest of the
10 public and the defendant in a speedy trial.  The Court therefore concludes that this exclusion of
11 time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

13 IT IS SO ORDERED.

15 DATED:  5/15/13

THE HONORABLE D. LOWELL JENSEN
United States District Judge